AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES | | | | **EXHIBIT AND WITNESS LIST** | |
| V. | | | | | |
| JOHNNIE MARTIN | | | | Case Number: 04-218-JLA | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | CONNOLLY | SOROKIN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/17/2004 | | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 6/17/2004 | | | Agent Robert White |
| | | | | | Joseph Cummings |
| | | | | | Exhibits |
| 3 | | 6/17/2004 | X | X | Conviction |
| 3a | | 6/17/2004 | X | X | Docket Printout from |
| 3b | | 6/17/04 | X | X | Recall of Warrant |
| 7 | | 6/17/04 | X | X | Conviction from 1997-Motor Vehicle Offense |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages