```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              )
         v.                   )   Case No. 04-10200-WGY
                              )
JOHNNIE MARTIN                )   Violations:
                              )      21 U.S.C. §841(a)(1) -
                              )      Distribution of Cocaine
                              )      Base
                              )

### INDICTMENT

**COUNT ONE:** 21 U.S.C. §841(a)(1) - Distribution of Cocaine Base

The Grand Jury charges that:

On or about January 5, 2004, at Brockton, in the District of Massachusetts,

**JOHNNIE MARTIN,**

Defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack" or "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## SUPPLEMENTAL FACTUAL FINDINGS

The Grand Jury further finds that the Defendant did distribute 5 grams or more of cocaine base, thus rendering applicable the provisions of Title 21, United States Code, Section 841(b)(1)(B)(iii) and U.S.S.G. § 2D1.1(c)(7).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, July 14, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk @ 12:30pm