UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.                                  CRIM. CASE NO:MJ04-M-218:001 JLA

JOHNIE MARTIN
           Defendant

## ORDER ON
## APPOINTMENT OF FEDERAL DEFENDER

ALEXANDER, U.S.M.J.

On June 1, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney LEO SOROKIN of the Federal Defender Office for the District of Massachusetts be appointed, effective as of June 1, 2004, to represent said defendant in this cause until further order of the Court.

SO ORDERED.

                                                     JOYCE LONDON ALEXANDER
                                                     UNITED STATES MAGISTRATE JUDGE

                                                     BY THE COURT:

                                                     /S/ Rex Brown
                                                     Courtroom Clerk

August 27, 2004
Date