UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                                               **CRIMINAL**
                                                                 **NO. 04-10200 -WGY**

**JOHNNIE MARTIN**

### INITIAL SCHEDULING ORDER

 YOUNG,C.J.

The above named defendant(s) having been arraigned on  JULY 22, 2004  before  ALEXANDER,USMJ , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A.   The government shall provide automatic discovery by  8/19/04   See  L.R116.1(C).

B.   The defendant shall provide automatic discovery by  8/19/04  . See LR 116.1(D).

C.   Any discovery request letters shall be sent and filed by  9/2/04. See LR 116.3 (A) and (H).

D.   Any responses to discovery request letters shall be sent and filed by  9/23/04. See LR 116.3(A).

E.   An initial status conference in accordance with LR 116.5 will be held on   TUE. 9/21/04   at    2:00    p.m. in Courtroom No.   18    on the  5    floor.

                                                                By the Court,

8/30/04                                                         /s/ Elizabeth Smith
_____                                             _____
       Date                                                         Deputy Clerk

(Crinsch1.wp - 11/24/98)