UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10200-WGY</u>

**UNITED STATES**
**Plaintiff**

v.

**JOHNNIE MARTIN**
**Defendant**

**SCHEDULING ORDER**

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on 9/21/04

Any substantive motions are to be filed by    2/7/05   . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before     2/14/05      See LR 116.3(l).

A Final Pretrial Conference will be held on   3/3/05 @ 2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 3/3/05

A tentative trial date has been set for    4/11/05

The time between 9/21/04    and 4/11/05           is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**September 21, 2004To: All Counsel**