UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                **Criminal Action
No: 04-10200-WGY**

**UNITED STATES
Plaintiff**

**v.**

**JOHNNIE MARTIN
Defendant**

**SCHEDULING ORDER**

**YOUNG, C.J.**

    An initial status conference in accordance with LR 116.5 was held on 9/21/04

    Any substantive motions are to be filed by    2/7/05  .  See LR 116.3(E) and (H).

    Response to any motion is to be filed on or before    2/14/05    See LR 116.3(l).

    A Final Pretrial Conference will be held on   3/3/05 @ 2PM

    A joint memorandum in accordance with LR 116.5(C) is to be filed by 3/3/05

    A tentative trial date has been set for   4/11/05

    The time between 9/21/04    and 4/11/05        is excluded in the interest of justice.

                                                  **By the Court,**

                                                  **/s/ Elizabeth Smith**
                                                  _____

                                                  **Deputy Clerk**

**September 21, 2004To: All Counsel**