UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

<u>DEFENDANT'S MOTION FOR RELEASE</u>

Defendant, Johnnie Martin, hereby requests that this Court (1) revoke the Order of Detention entered in this case and (2) Order Martin's release to live with his mother in Mississippi on the conditions set forth below. In support of this Motion, Martin notes that the conditions proposed now were not before the Court at the Detention Hearing. In addition, defendant requests that the Court set the motion down for hearing as soon as possible and order Pre-Trial to conduct a third-party custodian interview of his mother, either by phone or by way of a collateral investigation by Pretrial Services in Mississippi.

Margaret Martin, the defendant's mother, has offered to post her home as security for her son's release. Ms. Martin lives at 1522 Valley Circle, Aberdeen, Mississippi 39730. Her home phone number is 662-369-3218. She owns her home outright and has owned the home for twenty-five years. Ms. Martin no longer works; she subsists on a Veteran's Administration pension. She lives in the home with her grandson (and the defendant's son), Johnnie Martin, age 6.

Defendant proposes that he be released to live with his mother on the electronic bracelet with his mother as a third party custodian.  Ms. Martin understands what this proposal entails and she is prepared to fulfill these responsibilities.

WHEREFORE, defendant requests his release on the conditions set forth above as well as any other conditions the Court deems reasonable.

JOHNNIE MARTIN
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061