UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

## COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel, and the Federal Defender Office, hereby move to withdraw as counsel for the defendant Johnnie Martin. As grounds for this motion, counsel states that (1) Mr. Martin wishes to exercise his right to proceed pro se in this matter and (2) counsel and Mr. Martin have unresolvable differences over fundamental strategic matters in this case.

JOHNNIE MARTIN
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061