# UNITED STATES DISTRICT COURT

**BOSTON DISTRICT**                                      US District Court

United States                                            Dkt 762025-04-0023

   V.

Johnnie E. Martin

## Motion To Dismiss Counsel

Now comes the Defendant Johnnie E Martin, pro se, pursuant to Federal Rules for Criminal Procedure Rule 12 to Dismiss his Counsel.

**As A Reason Therefore:**

The Defendant believes there is an irrepairable breakdown of communication with his current Counsel. The Defendant request to move forward pro se. The Defendant believes that at a probale cause hearing or a Motion to Dismiss Hearing, he would be completely exonerated.

Date 12-9-04                                             Respectfully Submitted

                                                     Johnnie E. Martin

Copy: File
      AUSA
      Attorney
      Clerk