UNITED STATES DISTRICT COURT

MASSACHUSETTS DISTRICT

United States

v.

Johnnie E Martin

FILED
in Open Court
USDC, Mass
Date 12-21-04
By
Deputy Clerk

U.S. District Court, Boston
James J. Moakley Courthouse
1 Courthouse Way
Boston Ma
Dkt 762025-04-0023

### Motion to Suppress Identification
### In-Court and Out-of-Court

Now comes the Defendant, Johnnie E. Martin Pro se, and respectfully moves this Honorable Court to issue an order suppressing both the In-Court and Out-of-Court identifications of the Defendant by the witnesses in this case.

The Defendant avers the following:

1. Defendant's photograph was allegedly identified from a single photograph. The photograph was so unnecessarily suggestive and conducive to irreparable mistaken identification that the Defendant was denied Due Process of the law as guarenteed by Articles 12 and 14 of the Massachusetts State Constitution, and the 4th, 6th and 14th Amendments to the United States Constitution.

2. The subsequent identification by the witnesses at the Defendant's Probable Cause hearing in U.S. District Court was similarly unduly suggestive. Hence the witnesses cannot testify to the alleged transaction.

3. By virtue of a Confidential Witness, the Defendant was depicted to be the individual in question. However the confidential witness was shown a photograph, now known by means of Rule 16 (Discovery Material) not to be the Defendant.

4 Any attempted In-Court trial identification of the Defendant

4. (cont'd) by the witnesses cannot have a source, independant of the prior unconstitutional identification and therefore should not be admissable at trial.

**Wherefore,** the Defendant respectfully moves this Honorable Court to conduct a hearing on the instant Motion to Suppress and also for an Order suppressing both the In-Court and Out-of Court identifications of the Defendant in the case at the bar.

Date  12-21-04

Repectfully Submitted,

*/s/ Johnnie Martin II*

Johnnie E. Martin, pro se

