UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CRIMINAL NO.  04-10200-WGY |
| ) | |
| JOHNNIE MARTIN      ) | |
| ) | |

**GOVERNMENT'S SUMMARY OF TESTIMONY TO
BE OFFERED UNDER FED. R. EVID. 702**

The United States of America, by and through Assistant United States Attorney William H. Connolly respectfully submits this summary of expert testimony it expects to elicit at trial and the qualifications of the testifying witnesses, pursuant to Fed. R. Crim. P. 16(a)(1)(E) and (b)(1)(C).

1. <u>Annie Khan, Chemist, Mass. D.P.H. Drug Analysis Lab</u>

    A.   Summary of Anticipated Testimony

    Ms. Khan will testify consistent with her reports dated February 17, 2004, and May 26, 2004, which have been provided to the defendant.  The government has also enclosed a copy of all documentation generated by Annie Khan during her testing procedures in this case.  Ms. Khan will testify that on or about February 17, 2004, she weighed the package which the defendant allegedly distributed and determined that the net weight of the packages (without the packaging) was 9.56 grams, as reflected on the drug certificates. Ms. Khan did this by first weighing the full package.  She then removed the packaging material and weighed the substance directly.  In addition, Ms. Khan will testify that she performed a preliminary color screening test on the substance (reflected in the enclosed materials) as well as micro-crystal

screening tests (Gold Chloride and TLTA) on the substance. The results of those tests were presumptively positive indicating the presence of cocaine. The substance was analyzed by GC/MS and confirmed to be cocaine. A drug certificate was generated indicating that the substance was cocaine. When Ms. Khan conducted the first analysis, she did not distinguish the substance as cocaine base because it was not requested of her. Ms. Khan will testify that she normally will not distinguish between the two unless a specific request is made for a cocaine base test.

On May 26, 2004, pursuant to a specific request for a cocaine base test, Ms. Khan conducted an infrared test to confirm that the substance was in fact cocaine base.

B.  Qualifications and Bases for Opinions

Ms.Khan's resume is enclosed. She is currently a chemist (chemist I) for the Drug Analysis Laboratory of the Massachusetts Department of Public Health, where she routinely weighs and analyzes suspected narcotics for criminal cases. She has been employed as a chemist with this laboratory since 2003, and has performed screening analyses and mass spectrometer analyses on hundreds of suspected narcotic samples.

Ms. Khan is a graduate of the University of Massachusetts at Boston, earning a Bachelors of Science in biochemistry in 2001. She is currently working toward a Masters in Science degree in chemistry at the University of Massachusetts at Boston.

                                          Respectfully submitted,
                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Date: January 11, 2005        By:    /s/ William H. Connolly
                                          William H. Connolly
                                          Assistant U.S. Attorney
                                          617-748-3174

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing pleading on the defendant, by overnighting a copy to him at the Middleton jail on January 11, 2005.

                                                     /s/ William H. Connolly  
                                                   William H. Connolly  
                                                   Assistant U.S. Attorney