UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

<u>DEFENDANT'S MOTION FOR COURT ORDER</u>

    Undersigned standby counsel hereby files the attached Defendant's Motion for Court Order at the request of the pro se defendant in this matter who is in custody.  The defendant requests that the Court schedule a hearing on this motion as soon as possible so that the Court may address the matters raised therein in a timely matter before the trial now scheduled for January 31, 2005.

                                                                                                            JOHNNIE MARTIN
                                                                                                            By his attorney,

                                                                                                             /s/ Leo T. Sorokin
                                                                                                             Leo T. Sorokin
                                                                                                               B.B.O. #559702
                                                                                                Federal Defender Office
                                                                                                408 Atlantic Avenue, 3rd Floor
                                                                                                 Boston, MA  02110
                                                                                                   Tel:  617-223-8061