UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
    )
       v.    )   CRIMINAL NO.  04-10200-WGY
    )
JOHNNIE MARTIN    )
    )
    )

## <u>INFORMATION</u>

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, Johnnie Martin, the government will seek increased punishment by reason of the following criminal conviction:

1.    Plymouth Superior Court Docket Number 101802A and 101802B; Offense: Distribution of Controlled Substance, Cocaine, and Distribution of Controlled Substance in a School Zone; Conviction Date: October 14, 1999.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  <u>/s/ William H. Connolly</u>
    William H. Connolly
    Assistant U.S. Attorney

January 24, 2005

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                Boston, Massachusetts
                                            January 24, 2005


      I, William H. Connolly, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing upon the
defendant, Johnnie Martin, Identification # P100571, C/O Essex
County Correctional Facility, 240 D Room 839, 20 Manning Ave., PO
Box 807, Middleton, MA 01949, by mailing via first-class mail.


      Signed under the pains and penalties of perjury.


                                    <u>/s/ William H. Connolly</u>
                                    WILLIAM H. CONNOLLY
                                    Assistant U.S. Attorney