UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

**GOVERNMENT'S LIST OF PROSPECTIVE TRIAL WITNESSES**

The United States of America, by and through Assistant United States Attorney William H. Connolly, respectfully submits the following list of prospective trial witnesses. If the government subsequent decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. David Oliver, Bureau of Alcohol, Tobacco, and Firearms;

2. Robert White, Bureau of Alcohol, Tobacco, and Firearms;

3. John Pijaca, Bureau of Alcohol, Tobacco, and Firearms;

4. Joseph Cummings, Brockton Police Department;

5. Eric Hilliard, Brockton Police Department;

6. James Smith, Brockton Police Department;

7. Pat Donahue, Brockton Police Department;

8. Annie Khan, Massachusetts Department of Public Health;

    9.    David Taylor, Brockton, MA.

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney

Date: January 24, 2005    By:  /s/ William H. Connolly
    William H. Connolly
    Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

Suffolk, ss.    Boston, Massachusetts
    January 24, 2005

I, William H. Connolly, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing upon the defendant, Johnnie Martin, Identification # P100571, C/O Essex County Correctional Facility, 240 D Room 839, 20 Manning Ave., PO Box 807, Middleton, MA 01949 by mailing via first-class mail.

Signed under the pains and penalties of perjury.

> /s/ William H. Connolly
> WILLIAM H. CONNOLLY
> Assistant U.S. Attorney