UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10200-WGY |
| ) | |
| JOHNNIE MARTIN ) | |

DEFENDANT'S REQUEST FOR INDIVIDUAL VOIR DIRE,
AND PROPOSED VOIR DIRE QUESTIONS

Undersigned counsel files this proposed voir dire at the request of the pro se defendant.

Pursuant to Fed.R.Crim.P. 24, defendant respectfully moves this Court to ask prospective jurors the questions set forth below, and that the Court permit the prosecutor and the defendant to ask appropriate follow-up questions.

Further, as part of the examination, defendant requests that the Court conduct a brief individualized examination of the prospective jurors on the questions regarding their views toward race (questions 13-15), and regarding their views toward drug offenses (question 16). As grounds for this request, defendant's right to a fair trial requires a careful examination of prospective jurors' potential biases. The questions regarding race bias, and the question regarding the prosecution of drug offenses, evoke strong feelings and emotions which the prospective jurors may be reluctant to voice openly. Further, the questions touch upon topics that many prospective jurors may find embarrassing to answer candidly.

PRESUMPTION OF INNOCENCE; FAILURE OF DEFENDANT TO TESTIFY

1. The indictment in this case charges Johnnie Martin with distribution of cocaine base also known as crack cocaine. An indictment is just a formal way for the government to bring these allegations before the court. It is not to be considered by you as evidence of guilt. Do you have any opinions as to the guilt or innocence of Mr. Martin based on the mere fact that he has been indicted?

2. Do you feel that Mr. Martin must now come forward to prove he is not guilty because he is named in this indictment?

3. Mr. Martin is presumed innocent as he sits before you here today. This means that if I were to ask you right now to render a verdict, your verdict would be not guilty. Do you feel right now that if Mr. Martin had done nothing wrong he would not be sitting here as a defendant?

4. Do you have any problem with presuming him innocent at this very moment?

5. Are you able to apply the presumption of innocence throughout this trial?

6. The law does not compel a defendant in a criminal case to take the witness stand and testify. Should a defendant not testify, no presumption of guilt may thereby be raised and no inference of any kind may be drawn. Should the defendant not take the witness stand, would this in any way affect your ability to be fair and impartial in this case if you are selected?

PRIOR ENCOUNTERS WITH LAW ENFORCEMENT

7. Does your job, or the job of your spouse, other relative, or any close friend, involve any contact with any law enforcement agency?

8. Have you, a relative, or close friend, ever had an experience with a law enforcement officer of a favorable or unfavorable nature?

9.   If the Court instructs you that, in evaluating the credibility of a witness who is a law enforcement officer, you are not to give any greater or lesser weight to that testimony merely because the witness is a law enforcement officer, will you accept and apply this rule and instruction of the Court?

10.  Have you, a relative, or close friend, ever been a victim of a crime?

11.  Have you ever had occasion to participate in any fashion or capacity with the government in any criminal investigation?

12.  Have you, a relative, or a close friend, ever been arrested or charged with a crime?

<u>RACE BIAS</u>

13.  The defendant in this case is African-American. Would this fact make it difficult for you to be fair and impartial in this case?

14.  Do you believe African-American men are more likely to commit crimes than other people?

15.  Do you have any fixed ideas about African-American men being involved in the illegal distribution of drugs?

<u>DRUG OFFENSES</u>

16.  Do you have any views or attitudes about illegal drugs that could influence you in deciding this case?

<u>PRO SE DEFENDANT</u>

17.  Our Constitution authorizes a defendant in a criminal case to represent himself. Mr. Martin is exercising his Constitutional right to represent himself. Do you have any problem with Mr. Martin representing himself?

18.  Now that Mr. Martin is representing himself, do you feel that he must come forward with evidence to prove he is not guilty?

19.  Now that Mr. Martin is representing himself, do you feel that he must testify to prove he is not guilty?

<u>GENERAL</u>

20. Can you think of any reason that might prevent you from serving as a fair and impartial juror in this case?

>JOHNNIE MARTIN
>Filed on his behalf by
>his stand by attorney,
>
>
>Leo T. Sorokin
>/s/ Leo T. Sorokin
>  B.B.O. #559702
>Federal Defender Office
>408 Atlantic Ave., 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061