**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

January 28, 2005

Lisa Roland
Courtroom Clerk
U.S. District Court
1 Courthouse Way
Boston, MA 02210

    Re:    U.S. v. Johnnie Martin
            Criminal No. 04-10200-WGY

Dear Lisa:

    As a follow up to our conversation today, please consider this an expedited request for the probable cause hearing proceeding held in the above case on June 17, 2004 before Magistrate Judge Swartwood.

    Thank you for your attention to this matter.

                                  Sincerely,

                                  Susan Burke
                                  Secretary to Leo Sorokin