UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

**DEFENDANT'S MOTION FOR ORDER SUPPRESSING THE
IDENTIFICATION PROCEDURE CONDUCTED BY AUSA CONNOLLY
AND AGENT ROBERT WHITE AS WELL AS ANY POSSIBLE IN-COURT
<u>IDENTIFICATION BY DEFENDANT DAVID TAYLOR</u>**

Undersigned stand-by counsel hereby files the attached Motion at the request of the pro se defendant. The pro se defendant requests that the Court schedule a hearing on this motion as soon as possible so that the Court may address the matters raised therein in a timely matter before the trial now scheduled for February 9, 2005.

JOHNNIE MARTIN
By his attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061