UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

**GOVERNMENT'S AMENDED LIST OF PROSPECTIVE TRIAL WITNESSES**

The United States of America, by and through Assistant United States Attorney William H. Connolly, respectfully submits the following list of prospective trial witnesses. If the government subsequent decides to offer the testimony of any additional witness in its case in chief, it will promptly notify the defendant.

1. David Oliver, Bureau of Alcohol, Tobacco, and Firearms;
2. Robert White, Bureau of Alcohol, Tobacco, and Firearms;
3. John Pijaca, Bureau of Alcohol, Tobacco, and Firearms;
4. Stephanie Schaffer, Bureau of Alcohol, Tobacco, and Firearms;
5. Ken Croke, Bureau of Alcohol, Tobacco, and Firearms;
6. Michael Dennehy, Brockton Police Department;
7. Joseph Cummings, Brockton Police Department;
8. Eric Hilliard, Brockton Police Department;
9. James Smith, Brockton Police Department;
10. John Duggan, Massachusetts State Police;
11. Pat Donahue, Brockton Police Department;

12. Annie Khan, Massachusetts Department of Public Health;

13. David Taylor, Brockton, MA;

14. Keeper of Records, Massachusetts Registry of Motor Vehicles;

15. Bill Stickney, Assistant Director of Communications, Essex County Sherriff's Department.

                                            Respectfully submitted,
                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Date: February 7, 2005                 By: /s/ William H. Connolly
                                              William H. Connolly
                                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                           Boston, Massachusetts
                                                                            February 7, 2005

I, William H. Connolly, Assistant U.S. Attorney, do hereby certify that I will serve a copy of the foregoing upon the defendant, Johnnie Martin, Identification # P100571, C/O Essex County Correctional Facility, 240 D Room 839, 20 Manning Ave., PO Box 807, Middleton, MA 01949 by hand-delivery on February 8, 2005.

Signed under the pains and penalties of perjury.

                                                                              /s/ William H. Connolly
                                                                              WILLIAM H. CONNOLLY
                                                                              Assistant U.S. Attorney