UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

## DEFENDANT'S WITNESS LIST

Undersigned stand-by counsel files the following Witness List at the request of the pro se defendant.

1.  Any person listed on the Government's Witness List.

2.  Any law enforcement officer participating in the alleged drug transaction that is the subject of the Indictment in this case.

3.  Margaret Martin of Aberdeen, Mississippi.

4.  Alicia Hutton, Investigator, Federal Defender Office.

5.  Johnnie Martin.

JOHNNIE MARTIN
By his stand-by attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061