UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

### DEFENDANT'S EXHIBIT LIST

Undersigned stand-by counsel files the following Exhibit List at the request of the pro se defendant.

1. Photographs of the vicinity of the alleged drug transaction.

2. Booking photograph #1.

3. Booking photograph #2.

4. Weather Report for January 5, 2004.

5. Defendant reserves the right to offer into evidence any document produced by the Government during discovery.

JOHNNIE MARTIN
By his stand-by attorney,

/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061