UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

## DEFENDANT'S MOTION TO SEQUESTER WITNESSES

Undersigned stand-by counsel files this Motion at the request of the pro se defendant.

The defendant moves to sequester all witnesses during the trial except the Federal Defender

Office Investigator Alicia Hutton.  Defendant has no objection to the Court exempting the

Government's case agent from this requested sequestration order.

JOHNNIE MARTIN
By his stand-by attorney,


/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061