Filed
2/11/05

UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL NO. 04-10200-WGY
                            )
JOHNNIE MARTIN              )

MOTION FOR REQUIRED FINDING OF NOT GUILTY
AT THE CLOSE OF GOVERNMENT'S CASE

Defendant, pursuant to Fed.R.Crim.P. 29, moves this Court to make a required finding of not guilty at the close of the Government's case.

------------------------------
JOHNNIE MARTIN

YOUNG D.J.
MOTION DENIED
By the Court

_____
Deputy Clerk