UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

WEATHER STIPULATION

The United States and Johnnie Martin agree that on January 5, 2004:

1. Sunset was at 4:26 p.m.

2. The conditions in Brockton, according to the National Weather Service readings from the Plymouth Municipal Airport, were Broken Sky Cover, Overcast and Mist at 5:12 p.m. and Overcast and Mist at 5:52 p.m.

William Connolly
Assistant United States Attorney

Johnnie Martin

Date: February 10, 2005