UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  | ) |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

## STIPULATIONS

The parties in this case, the defendant Johnnie Martin and the United States of America, represented by Assistant U.S. Attorney William H. Connolly, hereby stipulate and agree as follows:

(1)  that Exhibit 10 is the package of cocaine base, also known as crack cocaine, that David Taylor turned over to Brockton Detective Erik Hilliard after the alleged transaction on January 5, 2004;

(2)  that the substance contained in Exhibit 10 is cocaine base, also known as crack cocaine, and weighs 9.56 grams; and

(3)  that Courtney Wooten is a friend of Johnnie Martin's.


_____
JOHNNIE MARTIN
DEFENDANT

_____
WILLIAM H. CONNOLLY
ASSISTANT U.S. ATTORNEY

DATE:    February 11, 2004