AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF MASSACHUSETTS

W.S

v.

Johnny Martin

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04 CR 10200

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Connolly | Pro Se |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/7/05 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/7/05 | | | David Taylor |
| | | | | | Jury quest #1 |
| | | | | 2 | Informant Agreement |
| | | 2/10/05 | | | David Taylor |
| | | | | 3 | Peabody Court Summary |
| | | | | 4 | Superior Ct Crim docket |
| | | | | 5 | record of Crim Case |
| | | | | 6 | Map |
| | | | 6 | | Motion to withdraw |
| | | | | | David Oliver |
| | | | | 7 | Photo of Warren Ave |
| | | | | 8 | Photo - not J. Martin |
| | | | H | 9 | Photo |
| | | | | | John Piquca |
| | | | | | Eric Hilliard |
| | | | | 10 | drugs |
| | | | | 11 | Map of Brockton w/scale |
| | | | | | Joseph Cummings |
| | | | | 12 | ~~they~~ photo |
| | | | | 13 | Photo |
| | | | | 14 | DMV Registration |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10200-WGY |
| | ) | |
| JOHNNIE MARTIN | ) | |

**GOVERNMENT'S LIST OF PROSPECTIVE TRIAL EXHIBITS**

The United States of America, by and through Assistant United States Attorney William H. Connolly, respectfully submits the following list of prospective trial exhibits.

| Marked for Identification | Exhibit | Admitted Exhibit Number |
| --- | --- | --- |
| A | Photograph (Nillson Street) | 1 |
| B | Photograph (Warren Ave. and Nillson Street) | 1/ |
| C | Bag of Crack Cocaine | |
| D | Evidence Bag | |
| E | Photograph (Denton Street) | |
| F | Photograph (35 Denton Street) | |
| G | Motion to Withdraw | |
| H | | |
| I | | |
| J | | |

Respectfully submitted,

By: _____
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

1