UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL ACTION |
| ) | NO. 04-10200-WGY |
| JOHNNIE MARTIN,   ) | |
|     Defendant. ) | |

## JURY VERDICT

We find Johnnie Martin

__✓__  not guilty

_____  guilty of distribution of

    _____ cocaine base

    _____ at least 5 but less than 20 grams of cocaine base

*Joanne K. Hearey*
Forelady

Date: 2/11/05