UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: 04-10200-WGY

UNITED STATES

v.

JOHNNY MARTIN
Defendant

## JUDGMENT OF ACQUITTAL

The defendant, JOHNNY MARTIN has been found not guilty. It is ORDERED that the defendant JOHNNY MARTIN is acquitted, discharged, and any bond exonerated. The defendant is released to go without day.

/s/ William G. Young

William G. Young
Chief USDC

FEB. 15, 2005

To: All Counsel