```
 1                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10200-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TESTIMONY OF
     v.                             *   ERIC HILLIARD
 7                                  *
     JOHNNIE MARTIN                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
             BEFORE:   The Honorable William G. Young,
11                         District Judge, and a Jury

12


13
     APPEARANCES:
14
             WILLIAM H. CONNOLLY, Assistant United
15      States Attorney, 1 Courthouse Way, Suite 9200,
        Boston, Massachusetts 02210, on behalf of the
16      Government

17           JOHNNIE MARTIN, Pro Se, Essex County
        Correctional Facility, 240 D Room 839, 20 Manning
18      Avenue, P.O. Box 807, Middleton, Massachusetts
        01949
19           - and -
             FEDERAL DEFENDER'S OFFICE (By Leo T.
20      Sorokin, Esq.), Stand-By Counsel, 408 Atlantic
        Avenue, Third Floor, Boston, Massachusetts 02210,
21      on behalf of the Defendant

22


23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     February 10, 2005
```