```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                         Criminal No.
 3                                       04-10200-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TESTIMONY OF
     v.                             *   DAVID TAYLOR
 7                                  *
     JOHNNIE MARTIN                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
             BEFORE:  The Honorable William G. Young,
11                         District Judge, and a Jury

12


13
     APPEARANCES:
14
             WILLIAM H. CONNOLLY, Assistant United
15   States Attorney, 1 Courthouse Way, Suite 9200,
     Boston, Massachusetts 02210, on behalf of the
16   Government

17           JOHNNIE MARTIN, Pro Se, Essex County
     Correctional Facility, 240 D Room 839, 20 Manning
18   Avenue, P.O. Box 807, Middleton, Massachusetts
     01949, on behalf of the Plaintiffs
19
             FEDERAL DEFENDER'S OFFICE (By Leo T.
20   Sorokin, Esq.), Stand-By Counsel, 408 Atlantic
     Avenue, Third Floor, Boston, Massachusetts 02210,
21   on behalf of the Defendant

22


23
                                      1 Courthouse Way
24                                    Boston, Massachusetts

25                                    February 9, 2005
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |

DAVID TAYLOR

   By Mr. Connolly  3

   By Mr. Martin           41

| EXHIBITS: | | FOR I.D. | IN EVID. |

1     Photograph . . . . . . . . . . . . . . . . 23

2     Photograph . . . . . . . . . . . . . . . . 42