```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          04-10200-WGY

 4
       * * * * * * * * * * * * * * * *
 5                                    *
       UNITED STATES OF AMERICA       *
 6                                    *   TESTIMONY OF
       v.                             *   DAVID TAYLOR
 7                                    *      (Cont'd)
       JOHNNIE MARTIN                 *
 8                                    *
       * * * * * * * * * * * * * * * *
 9

10
                BEFORE:  The Honorable William G. Young,
11                          District Judge, and a Jury

12


13
       APPEARANCES:
14
                WILLIAM H. CONNOLLY, Assistant United
15        States Attorney, 1 Courthouse Way, Suite 9200,
          Boston, Massachusetts 02210, on behalf of the
16        Government

17             JOHNNIE MARTIN, Pro Se, Essex County
          Correctional Facility, 240 D Room 839, 20 Manning
18        Avenue, P.O. Box 807, Middleton, Massachusetts
          01949, on behalf of the Plaintiffs
19
               FEDERAL DEFENDER'S OFFICE (By Leo T.
20        Sorokin, Esq.), Stand-By Counsel, 408 Atlantic
          Avenue, Third Floor, Boston, Massachusetts 02210,
21        on behalf of the Defendant

22


23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     February 10, 2005
```

## **I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DAVID TAYLOR, Resumed | | | | |
|   By Mr. Martin | 3 | | | 37 |
|   By Mr. Connolly | | | 32 | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 3 | Record of Conviction | | 12 |
| 4 | Record of Conviction | | 15 |
| 5 | Record of Conviction | | 15 |
| 6 | Map | | 20 |
| G | Court Pleading | 25 | |

Case 1:04-cr-10200-WGY    Document 41    Filed 09/28/2005    Page 2 of 2